UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61062-Civ-Zloch/Rosenbaum

CHARLOTTE E. NICHOLAS,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, Plaintiff, Charlotte E. Nicholas, gives notice of her acceptance of Defendant's Offer of Judgment served upon Plaintiff under Certificate of Service dated March 9 2011, but bearing a date at the top of the second page of May 9, 2011, and attached as Exhibit "A". Although the offer is dated May 9, 2011, the certificate of service falsely certifies the service date as March 9, 2011. The true date of service is May 9, 2011, as evinced by the postmark on the mail service of Defendant's offer, dated May 9, 2011. Defendant's Motion to Dismiss (DE 19) also attaches as an exhibit the facsimile copy of Defendant's offer, with a facsimile confirmation on May 9, 2011 (DE 19-1). Thus, as Defendant's offer was served May 9, 2011, Plaintiff's acceptance of Defendant's offer is timely.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61062-Civ-Zloch/Rosenbaum

CHARLOTTE E. NICHOLAS,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 26, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          s/Donald A. Yarbrough
                                          Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF