UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61062-CIV-ZLOCH

CHARLOTTE NICHOLAS,

    Plaintiff,

vs.                        **FINAL JUDGMENT**

CENTRAL CREDIT SERVICES, INC.,

    Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff's Notice Of Acceptance Of Defendant's Offer Of Judgment (DE 23) and the Court's prior Order granting Plaintiff's Motion For Entry Of Partial Judgment (DE 24). Pursuant to Federal Rules of Civil Procedure 58 and 68, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Charlotte Nicholas and against Defendant Central Credit Services, Inc. in the amount of $1,001.00, together with interest thereon at a rate of .18% per annum, for all of which let execution issue; and

    2. The Court retains jurisdiction over this matter solely for the purpose of entertaining any appropriate motion for attorney's fees and costs that comports with Local Rule 7.3.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of July, 2011.

                                       WILLIAM J. ZLOCH
                                       United States District Judge

Copies furnished:

All Counsel of Record